# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 98-3189

_____

James R. Betts, also known as Jake          *
Betts,                                        *
                                              *
       Appellant,       *
                                              *
    v.                    *
                                              *
Arel W. Allred, also known as Shorty          *
Allred, in his individual capacity, & as      *
the agent and alter ego of Rawhide            *
Western, a State of Wyoming                   *
Corporation; S. Elaine Allred, in her         *
individual capacity, & as the agent and       *
alter ego of Rawhide Western, a State         *   Appeals from the United States
of Wyoming Corporation; Homer                 *   District Court for the
Austin, doing business as Homer               *   District of Nebraska.
Austin Petroleum Engineer, in his             *     [UNPUBLISHED]
individual capacity and,                      *
                                              *
       Appellees,       *
                                              *
Craig Clayton, in his individual              *
capacity & as agent and counselor for         *
the interest of the defendant's Allred        *
and Coble,                                     *
                                              *
       Defendant,       *
                                              *
Vickie Coble, in her individual capacity      *
& as agent and alter ego of Rawhide           *
Western Inc., a State of Wyoming              *

Corporatoin; Thomas J. Cowan, in his individual capacity and as the agent, alter ego, beneficiary and general partner of Cowan Oil Company, a Colorado General Partnership and in his capacity as general partner in Kloxin & Seward Enterprises, a Colorado general partnership,

        Appellees,

Jack E. Lenhart, in his individual capacity & as the agent, advisor & auditor for defendants Allred & Coble,

        Defendant,

George H. Ottenhoff, in his individual capacity, agent & counselor for Thomas J. Cowan &/or Thomas J. Cowan as the agent, alter ego & general partner in Cowan Oil Co., et al & as associates &/or partners in Lind, Lawrence & Ottenhoff, a State of Colorado entity,

        Appellees,

George Jensen, in his individual capacity & as the agent & counselor for Thomas J. Cowan; Thomas F. Popp, doing business as TP Productions Co., doing business as Natcom Petroleum Limited Liability Company, in his individual capacity & Christopher M. Sullivan, doing business as Natcon Petroleum Limited Liability Company,

*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*

-2-

in his individual capacity & as agent &                    *
counselor for Eric Berolzheimer, Amy                      *
Colo, Tom Colo, Glenn N. Gintz,                            *
William Goldman, Joseph E. Keotola,                        *
Alan Leibowitz, Rick Ogletree, Fred                        *
Warren & William Warren; Richard R.                        *
Wilking, in his individual capacity & as                   *
agent & counsel for defendants Allred                      *
& Coble; Stephen Winship, doing                            *
business as Winship & Winship, in his                      *
individual capacity; Donaald Winship,                      *
doing business as Winship & Winship,                       *
in his individual capacity & as agents                     *
& counselor for Rawhide Western, Inc.,                     *
                                                           *
       Defendants,        *
                                                           *
Edgar Young, in his individual capacity                    *
& as the agent & counselor for Thomas                      *
J. Cowan; Farrell Dennis McAtee;                           *
Phillip Lowery; Scurlock Permian                           *
Corporation; Texaco Trading and                            *
Transportation Company,                                    *
                                                           *
       Defendant.         *

_____

No. 98-3673

_____

James R. Betts,                                            *
                                                           *
       Appellant,          *
                                                           *
   v.                                         *
                                                           *

-3-

Loren Hoekema, in his individual &ast;
capacity doing business as Hoekema &ast;
Engineering Inc., &ast;
&ast;
    Appellee. &ast;

_____

Submitted:  October 7, 1999

Filed:   October 13, 1999
_____

Before WOLLMAN, Chief Judge, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals, James R. Betts appeals orders dismissing his complaints with prejudice after he failed to submit amended complaints which complied with the district courts' orders and the pleading requirements of Federal Rule of Civil Procedure 8(a).  We have carefully reviewed the record and the parties' briefs in Appeal No. 98-3189, and conclude the district court[1] did not abuse its discretion.  See Mangan v. Weinberger, 848 F.2d 909, 911 (8th Cir. 1988) (standard of review), cert. denied, 488 U.S. 1013 (1989).  We deny defendants' motion for sanctions and Betts's motions on appeal.  As to Appeal No. 98-3673, we also conclude after careful review that the district court[2] did not abuse its discretion.  See 8th Cir. R. 47B.

_____

[1]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

[2]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendations of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.

The judgments are affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.